# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

In re: JULIAN, ANDREW JOHN        §   Case No.  11-30151-JJT
§
§
Debtor(s)        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

RONALD I. CHORCHES, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,260,877.55          Assets Exempt:  $22,115.04
*(without deducting any secured claims)*

Total Distribution to Claimants:$593,261.28          Claims Discharged
                                                      Without Payment: $20,268,671.54

Total Expenses of Administration:$393,636.65

3)  Total gross receipts of $     986,897.93    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00     (see **Exhibit 2**), yielded net receipts of  $986,897.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,100,733.00 | $16,190,358.88 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 395,972.83 | 393,636.65 | 393,636.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 10,214.05 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,253,434.38 | 39,367,184.81 | 12,951,498.44 | 593,261.28 |
| **TOTAL DISBURSEMENTS** | $9,354,167.38 | $55,963,730.57 | $13,345,135.09 | $986,897.93 |

4) This case was originally filed under Chapter 7 on January 25, 2011. The case was pending for 74 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2018             By: /s/RONALD I. CHORCHES
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chorches vs. Fifty Spot, LLC | 1241-000 | 884,027.75 |
| Chorches vs. Select Properties, LLC | 1241-000 | 90,000.00 |
| CHAPTER 11 DIP TD BANK CHECKING ACCOUNT | 1290-010 | 12,870.18 |
| **TOTAL GROSS RECEIPTS** | | **$986,897.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 -2 | Shaw's New London, LLC | 4110-000 | N/A | 14,783,856.45 | 0.00 | 0.00 |
| 10 | TD Bank N.A. | 4110-000 | 926,733.00 | 902,243.46 | 0.00 | 0.00 |
| 11 | People's United Bank | 4110-000 | N/A | 254,081.60 | 0.00 | 0.00 |
| 12 | People's United Bank | 4110-000 | N/A | 250,177.37 | 0.00 | 0.00 |
| NOTFILED | PJ's Construction | 4110-000 | 85,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Key Bank | 4110-000 | 89,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,100,733.00** | **$16,190,358.88** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - RONALD I. CHORCHES | 2100-000 | N/A | 52,594.90 | 52,594.90 | 52,594.90 |
| Trustee Expenses - RONALD I. CHORCHES | 2200-000 | N/A | 488.03 | 488.03 | 488.03 |
| U.S. Trustee Quarterly Fees – United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - COMMISSIONER REVENUE SERVICE | 2820-002 | N/A | 33,500.00 | 33,500.00 | 33,500.00 |
| Other - Silverstein Appraisal Services, LLC | 2500-000 | N/A | 10,800.00 | 10,800.00 | 10,800.00 |
| Other - GRAHAM THOMPSON | 3210-002 | N/A | 740.00 | 740.00 | 740.00 |
| Other - GRAHAM THOMPSON | 3220-000 | N/A | 255.00 | 255.00 | 255.00 |
| Other - IRVE GOLDMAN, ESQ. | 3721-000 | N/A | 4,787.08 | 4,787.90 | 4,787.90 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK | 2700-000 | N/A | 586.00 | 586.00 | 586.00 |
| Other - BLUM, SHAPIRO & COMPANY, P.C. | 3410-000 | N/A | 18,000.00 | 18,000.00 | 18,000.00 |
| Attorney for Trustee Fees (Trustee Firm) - THE LAW OFFICES OF RONALD I. CHORCHES | 3110-000 | N/A | 195,277.50 | 193,139.50 | 193,139.50 |
| Attorney for Trustee Expenses (Trustee Firm) - THE LAW OFFICES OF RONALD I. | 3120-000 | N/A | 3,491.60 | 3,292.60 | 3,292.60 |
| Other - UNITED STATES TREASURY | 2810-000 | N/A | 39,188.00 | 39,188.00 | 39,188.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 101.08 | 101.08 | 101.08 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 88.62 | 88.62 | 88.62 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 97.60 | 97.60 | 97.60 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 94.34 | 94.34 | 94.34 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 85.03 | 85.03 | 85.03 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 100.03 | 100.03 | 100.03 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 90.73 | 90.73 | 90.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.15 | 59.15 | 59.15 |
| Other - RONALD I. CHORCHES, TRUSTEE | 2300-000 | N/A | 37.31 | 37.31 | 37.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.18 | 78.18 | 78.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 143.53 | 143.53 | 143.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 176.62 | 176.62 | 176.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 225.57 | 225.57 | 225.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 239.53 | 239.53 | 239.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 222.26 | 222.26 | 222.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 300.72 | 300.72 | 300.72 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 301.05 | 301.05 | 301.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 309.60 | 309.60 | 309.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 376.31 | 376.31 | 376.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 334.27 | 334.27 | 334.27 |
| Other - RONALD I. CHORCHES, TRUSTEE | 2300-000 | N/A | 86.75 | 86.75 | 86.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 423.36 | 423.36 | 423.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 416.61 | 416.61 | 416.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 397.78 | 397.78 | 397.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 437.05 | 437.05 | 437.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 499.07 | 499.07 | 499.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 496.99 | 496.99 | 496.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 501.79 | 501.79 | 501.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 588.65 | 588.65 | 588.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 534.80 | 534.80 | 534.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 621.58 | 621.58 | 621.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 628.56 | 628.56 | 628.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 564.36 | 564.36 | 564.36 |
| Other - RONALD I. CHORCHES, TRUSTEE | 2300-000 | N/A | 342.14 | 342.14 | 342.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 736.64 | 736.64 | 736.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 669.28 | 669.28 | 669.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 640.74 | 640.74 | 640.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 766.25 | 766.25 | 766.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 723.59 | 723.59 | 723.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 699.56 | 699.56 | 699.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 770.85 | 770.85 | 770.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 745.62 | 745.62 | 745.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 696.48 | 696.48 | 696.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 767.52 | 767.52 | 767.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 718.39 | 718.39 | 718.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 693.44 | 693.44 | 693.44 |
| Other - RONALD I. CHORCHES, TRUSTEE | 2300-000 | N/A | 200.17 | 200.17 | 200.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 787.91 | 787.91 | 787.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 689.28 | 689.28 | 689.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 688.26 | 688.26 | 688.26 |

**UST Form 101-7-TDR (10/1/2010)**

| Other - Rabobank, N.A. | 2600-000 | N/A | 782.21 | 782.21 | 782.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 686.22 | 686.22 | 686.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 680.43 | 680.43 | 680.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 771.41 | 771.41 | 771.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 676.75 | 676.75 | 676.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 769.02 | 769.02 | 769.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 698.01 | 698.01 | 698.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 673.78 | 673.78 | 673.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 741.54 | 741.54 | 741.54 |
| Other - RONALD I. CHORCHES, TRUSTEE | 2300-000 | N/A | 178.52 | 178.52 | 178.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 690.69 | 690.69 | 690.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 784.90 | 784.90 | 784.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 765.13 | 765.13 | 765.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 845.59 | 845.59 | 845.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 757.60 | 757.60 | 757.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,430.47 | 1,430.47 | 1,430.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,346.82 | 1,346.82 | 1,346.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,283.75 | 1,283.75 | 1,283.75 |
| Other - GRAHMAM THOMPSON AND CO CLIENT | 2990-000 | N/A | 31.88 | 31.88 | 31.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $395,972.83 | $393,636.65 | $393,636.65 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | 0.00 | 3,214.05 | 0.00 | 0.00 |
| 5 | State of Connecticut | 5800-000 | N/A | 7,000.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| TOTAL PRIORITY UNSECURED CLAIMS | $0.00 | $10,214.05 | $0.00 | $0.00 |
|---|---|---|---|---|

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | Cherry Hill Construction | 7100-000 | 20,000.00 | 20,000.00 | 20,000.00 | 916.14 |
| 3 | KeyBank,N.A. | 7100-000 | N/A | 20,634.50 | 0.00 | 0.00 |
| 3 -2 | KeyBank,N.A. | 7100-000 | N/A | 20,634.50 | 20,634.50 | 945.19 |
| 4 | Shaw's New London, LLC | 7100-000 | 0.00 | 14,783,856.45 | 0.00 | 0.00 |
| 4 -3 | Shaw's New London, LLC | 7100-000 | N/A | 12,745,318.49 | 12,745,318.49 | 583,816.91 |
| 7 | Andrew Julian and Jason Julian | 7100-000 | 165,000.00 | 165,545.45 | 165,545.45 | 7,583.04 |
| 8 | TD Bank, N.A. | 7100-000 | 158,000.00 | 157,012.98 | 0.00 | 0.00 |
| 9 | TD Bank, N.A. | 7100-000 | N/A | 11,454,182.44 | 0.00 | 0.00 |
| NOTFILED | People's Bank | 7100-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | JE Robert Company, Inc. c/o Shipman & Goodwin, Inc. | 7100-000 | 7,308,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Laura Fejes | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Berchem, Moses & Devlin | 7100-000 | 154,123.38 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 27,911.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $8,253,434.38 | $39,367,184.81 | $12,951,498.44 | $593,261.28 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 11-30151-JJT | **Trustee:** (270090) RONALD I. CHORCHES | |
| **Case Name:** JULIAN, ANDREW JOHN | **Filed (f) or Converted (c):** 02/15/12 (c) | |
| | **§341(a) Meeting Date:** 03/27/12 | |
| **Period Ending:** 05/14/18 | **Claims Bar Date:** 06/25/12 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 14 Esther Place, Branford, CT218 | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Residential lots Great Exhuma Bahamas    Lots are on unsaleable due to location, desirability and debtor's minority or partial interests. | Unknown | 0.00 | | 0.00 | FA |
| 3 | TD Bank Checking | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Dell Computer | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, pictures and other art | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Pension Local 478 Operating Engrs | 0.00 | 0.00 | | 0.00 | FA |
| 9 | A Julian Companies 100% Interest | Unknown | 0.00 | | 0.00 | FA |
| 10 | Signature Properties-Shaws Cove 25% | Unknown | 0.00 | | 0.00 | FA |
| 11 | Promissory Note-Fifty Spot Associates | 976,357.55 | 0.00 | | 0.00 | FA |
| 12 | 2006 GMC | 11,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 30 ft  Sea Ray | 65,000.00 | 0.00 | | 0.00 | FA |
| 14 | Chorches vs. Fifty Spot, LLC  (u) | 300,000.00 | 884,027.75 | | 884,027.75 | FA |
| 15 | Chorches vs. Select Properties, LLC  (u) | 200,000.00 | 200,000.00 | | 90,000.00 | FA |
| 16 | Post Petition Transfers  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | CHAPTER 11 DIP TD BANK CHECKING ACCOUNT (u)    Non-Exempt Funds in Account at time of Conversion | 23,015.22 | 12,870.18 | | 12,870.18 | FA |
| 18 | Refund for Overpayment of  2016 CTDRS Taxes    ITEM  ENTERED IN ERROR AS AN ASSET. AMOUNT WAS A REFUND FOR PAYMENT MADE BY ESTATE FOR 2016 TAX RETURN | 0.00 | 0.00 | | 0.00 | FA |
| 18 | **Assets    Totals** (Excluding unknown values) | **$2,783,892.77** | **$1,096,897.93** | | **$986,897.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 11-30151-JJT | **Trustee:** (270090) RONALD I. CHORCHES |
| **Case Name:** JULIAN, ANDREW JOHN | **Filed (f) or Converted (c):** 02/15/12 (c) |
| | **§341(a) Meeting Date:** 03/27/12 |
| **Period Ending:** 05/14/18 | **Claims Bar Date:** 06/25/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    December 18, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-30151-JJT |
| Case Name: | JULIAN, ANDREW JOHN |
| | |
| Taxpayer ID #: | **-***5629 |
| Period Ending: | 05/14/18 |

| | |
|---|---|
| Trustee: | RONALD I. CHORCHES (270090) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******62-65 - Checking Account |
| Blanket Bond: | $19,960,270.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/12 | {17} | Andrew J. Julian | Funds in DIP Checking Account at TD Bank at conversion | 1290-010 | 12,870.18 | | 12,870.18 |
| 04/25/12 | {14} | Ballina Properties LLC | Acct #1; Payment #1; Proceeds from receivables | 1241-000 | 16,000.00 | | 28,870.18 |
| 04/26/12 | {14} | Ballina Properties, LLC | Acct #1; Payment #2; Proceeds from note | 1241-000 | 16,000.00 | | 44,870.18 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 44,845.18 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.08 | 44,744.10 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.62 | 44,655.48 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.60 | 44,557.88 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.34 | 44,463.54 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.03 | 44,378.51 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.03 | 44,278.48 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.73 | 44,187.75 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001027009088 20121213 | 9999-000 | | 44,187.75 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 44,870.18 | 44,870.18 | $0.00 |
| Less: Bank Transfers | 0.00 | 44,187.75 | |
| Subtotal | 44,870.18 | 682.43 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $44,870.18 | $682.43 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| Case Number: | 11-30151-JJT | |
| Case Name: | JULIAN, ANDREW JOHN | |
| | | |
| Taxpayer ID #: | **-***5629 | |
| Period Ending: | 05/14/18 | |

| | |
|---|---|
| Trustee: | RONALD I. CHORCHES (270090) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******62-66 - Checking Account |
| Blanket Bond: | $19,960,270.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/14/2018 05:03 PM   V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-30151-JJT | | Trustee: | RONALD I. CHORCHES (270090) |
| Case Name: | JULIAN, ANDREW JOHN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8366 - Checking Account |
| Taxpayer ID #: | **-***5629 | | Blanket Bond: | $19,960,270.00  (per case limit) |
| Period Ending: | 05/14/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 44,187.75 | | 44,187.75 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.15 | 44,128.60 |
| 01/23/13 | 11001 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/01/2012 FOR CASE<br>#11-30151, Bond #016027937  12-1-12 to<br>12-1-13 | 2300-000 | | 37.31 | 44,091.29 |
| 01/25/13 | {14} | Ballina Properties, LLC | Acct #1; Payment #3; Proceeds from Note -<br>October 2012 | 1241-000 | 10,338.18 | | 54,429.47 |
| 01/25/13 | {14} | Ballina Properties, LLC | Acct #1; Payment #4; Proceeds from Note -<br>November 2012 | 1241-000 | 16,000.00 | | 70,429.47 |
| 01/25/13 | {14} | Ballina Properties, LLC | Acct #1; Payment #5; Proceeds from Note -<br>December 2012 | 1241-000 | 16,000.00 | | 86,429.47 |
| 01/25/13 | {14} | Ballina Properties, LLC | Acct #1; Payment #6; Proceeds from Note -<br>January 2013 | 1241-000 | 16,000.00 | | 102,429.47 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.18 | 102,351.29 |
| 02/19/13 | {14} | Ballina Properties LLC | Acct #1; Payment #7; Proceeds from Note | 1241-000 | 16,000.00 | | 118,351.29 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.53 | 118,207.76 |
| 03/12/13 | {14} | Ballina Properties LLC | Acct #1; Payment #8; Proceeds  from<br>Promisory Note | 1241-000 | 16,000.00 | | 134,207.76 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.62 | 134,031.14 |
| 04/03/13 | {14} | Ballina Properties LLC | Acct #1; Payment #9; Proceeds from  note | 1241-000 | 16,000.00 | | 150,031.14 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.57 | 149,805.57 |
| 05/08/13 | {14} | Ballina PRoperties LLC | Acct #1; Payment #10; Proceeds from<br>promissory note | 1241-000 | 16,000.00 | | 165,805.57 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.53 | 165,566.04 |
| 06/28/13 | {14} | Ballina Properties LLC | Acct #1; Payment #11; Proceeds from<br>Promissory Note | 1241-000 | 16,000.00 | | 181,566.04 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.26 | 181,343.78 |
| 07/09/13 | {14} | Ballina Properties LLC | Acct #1; Payment #12; Proceeds from Note<br>due from Fifty Spot~ | 1241-000 | 16,000.00 | | 197,343.78 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 300.72 | 197,043.06 |
| 08/06/13 | {14} | Ballina Properties LLC | Acct #1; Payment #13; Proceeds from<br>Promissory Note | 1241-000 | 16,000.00 | | 213,043.06 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.05 | 212,742.01 |
| 09/09/13 | {14} | Ballina Properties LLC | Acct #1; Payment #14; Proceeds from<br>Promissory Note | 1241-000 | 16,000.00 | | 228,742.01 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 309.60 | 228,432.41 |

Subtotals :      $230,525.93      $2,093.52

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-30151-JJT
**Case Name:** JULIAN, ANDREW JOHN

**Taxpayer ID #:** **-***5629
**Period Ending:** 05/14/18

**Trustee:** RONALD I. CHORCHES (270090)
**Bank Name:** Rabobank, N.A.
**Account:** ******8366 - Checking Account
**Blanket Bond:** $19,960,270.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/13 | {14} | Ballina Properties LLC | Acct #1; Payment #15; Proceeds for Promissory Note | 1241-000 | 16,000.00 | | 244,432.41 |
| 10/11/13 | 11002 | Silverstein Appraisal Services, LLC | Per Court Order 10/10/13 Payment to Real Estate Appraiser | 2500-000 | | 4,200.00 | 240,232.41 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 376.31 | 239,856.10 |
| 11/08/13 | {14} | Andrew J. Julian | Acct #1; Payment #16; Proceeds from Promissory Note | 1241-000 | 16,000.00 | | 255,856.10 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 334.27 | 255,521.83 |
| 12/01/13 | 11003 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/01/2013 FOR CASE #11-30151, Bond #016027937   12-1-13 to 12-1-2014 | 2300-000 | | 86.75 | 255,435.08 |
| 12/05/13 | {14} | Ballina Properties LLC | Acct #1; Payment #17; Proceeds from Promissory Note | 1241-000 | 16,000.00 | | 271,435.08 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 423.36 | 271,011.72 |
| 01/10/14 | {14} | Ballina Properties LLC | Acct #1; Payment #18; Proceeds from settlement | 1241-000 | 16,000.00 | | 287,011.72 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 416.61 | 286,595.11 |
| 02/10/14 | {14} | Ballina Properties LLC | Acct #1; Payment #19; Proceeds from Preference Complaint | 1241-000 | 16,000.00 | | 302,595.11 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 397.78 | 302,197.33 |
| 03/06/14 | {14} | Ballina Properties LLC | Acct #1; Payment #20; Proceeds from Settlement | 1241-000 | 16,000.00 | | 318,197.33 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 437.05 | 317,760.28 |
| 04/14/14 | {14} | Ballina Properties LLC | Acct #1; Payment #21; Proceeds from Preference complaint | 1241-000 | 16,000.00 | | 333,760.28 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 499.07 | 333,261.21 |
| 05/06/14 | {14} | Ballina Properties LLC | Acct #1; Payment #22; Proceeds from preference complaint | 1241-000 | 16,000.00 | | 349,261.21 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 496.99 | 348,764.22 |
| 06/05/14 | {14} | Ballina Properties LLC | Acct #1; Payment #23; Proceeds from Preference Complaint | 1241-000 | 16,000.00 | | 364,764.22 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 501.79 | 364,262.43 |
| 07/14/14 | {14} | Ballina Properties LLC | Acct #1; Payment #24; Proceeds from Preference Complaint | 1241-000 | 16,000.00 | | 380,262.43 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 588.65 | 379,673.78 |
| 08/19/14 | {14} | Ballina Properties LLC | Acct #1; Payment #25; Proceeds from preference complaint | 1241-000 | 16,000.00 | | 395,673.78 |

Subtotals :    $176,000.00    $8,758.63

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-30151-JJT | **Trustee:** RONALD I. CHORCHES (270090) |
| **Case Name:** JULIAN, ANDREW JOHN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8366 - Checking Account |
| **Taxpayer ID #:** **-***5629 | **Blanket Bond:** $19,960,270.00 (per case limit) |
| **Period Ending:** 05/14/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 534.80 | 395,138.98 |
| 09/09/14 | {14} | Ballina Properties LLC | Acct #1; Payment #26; Proceeds from Preference Complaint | 1241-000 | 16,000.00 | | 411,138.98 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 621.58 | 410,517.40 |
| 10/06/14 | {14} | Ballina Properties, LLC | Acct #1; Payment #27; Proceeds from Preference Complaint | 1241-000 | 16,000.00 | | 426,517.40 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 628.56 | 425,888.84 |
| 11/07/14 | {14} | Ballina Properties LLC | Acct #1; Payment #28; Proceeds from Preference Complaint | 1241-000 | 16,000.00 | | 441,888.84 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 564.36 | 441,324.48 |
| 12/01/14 | 11004 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 10/31/2014 FOR CASE #11-30151, CHAPTER 7 BLANKET BOND #016027937  12-1-14 TO 12-1-15 | 2300-000 | | 342.14 | 440,982.34 |
| 12/05/14 | {14} | Ballina Properties LLC | Acct #1; Payment #29; Proceeds from Preference Complaint | 1241-000 | 16,000.00 | | 456,982.34 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 736.64 | 456,245.70 |
| 01/12/15 | {14} | Ballina Properties LLC | Acct #1; Payment #30; Proceeds from Preference Complaint | 1241-000 | 16,000.00 | | 472,245.70 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 669.28 | 471,576.42 |
| 02/13/15 | {14} | Ballina Properties LLC | Acct #1; Payment #31; Proceeds from Preference Complaint | 1241-000 | 16,000.00 | | 487,576.42 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 640.74 | 486,935.68 |
| 03/05/15 | {14} | Ballina Properties LLC | Acct #1; Payment #32; Proceeds from preference | 1241-000 | 16,000.00 | | 502,935.68 |
| 03/24/15 | 11005 | GRAHAM THOMPSON | 3-19-15 COURT ORDER AUTHORIZING EMPLOYMENT AND PAYMENT OF A $1,000.00 RETAINER | 3210-002 | | 1,000.00 | 501,935.68 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 766.25 | 501,169.43 |
| 04/13/15 | {14} | Ballina Properties, LLC | Acct #1; Payment #33; Proceeds from preference complaint | 1241-000 | 2,689.57 | | 503,859.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 723.59 | 503,135.41 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 699.56 | 502,435.85 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 770.85 | 501,665.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 745.62 | 500,919.38 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 696.48 | 500,222.90 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 767.52 | 499,455.38 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 718.39 | 498,736.99 |

Subtotals :  $114,689.57  $11,626.36

{} Asset reference(s)

Printed: 05/14/2018 05:03 PM   V.13.32

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 11-30151-JJT
**Case Name:** JULIAN, ANDREW JOHN

**Taxpayer ID #:** **-***5629
**Period Ending:** 05/14/18

**Trustee:** RONALD I. CHORCHES (270090)
**Bank Name:** Rabobank, N.A.
**Account:** ******8366 - Checking Account
**Blanket Bond:** $19,960,270.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 693.44 | 498,043.55 |
| 12/13/15 | 11006 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 10/31/2015 FOR CASE #11-30151, Bond #016027937  Region 2 Blanket Bond | 2300-000 | | 200.17 | 497,843.38 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 787.91 | 497,055.47 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 689.28 | 496,366.19 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 688.26 | 495,677.93 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 782.21 | 494,895.72 |
| 04/25/16 | 11007 | GRAHAM THOMPSON | PAYMENT OF COMPENSATION  OF $740.00 TO ATTORNEY FOR THE TRUSTEE PURSUANT TO 4-18-16 COURT ORDER | 3210-000 | | 740.00 | 494,155.72 |
| 04/25/16 | 11008 | GRAHAM THOMPSON | aREIMBURSEMENT OF EXPENSES  OF $255.00 TO ATTORNEY FOR THE TRUSTEE PURSUANT TO 4-18-16 COURT ORDER | 3220-000 | | 255.00 | 493,900.72 |
| 04/25/16 | 11009 | Silverstein Appraisal Services, LLC | Per Court Order  04/18/16 authorizing payment to Real Estate Appraiser $3,700.00. | 2500-000 | | 3,700.00 | 490,200.72 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 686.22 | 489,514.50 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 680.43 | 488,834.07 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 771.41 | 488,062.66 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.75 | 487,385.91 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 769.02 | 486,616.89 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 698.01 | 485,918.88 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 673.78 | 485,245.10 |
| 11/17/16 | 11010 | Silverstein Appraisal Services, LLC | Per Court Order 11/09/16 authorizing payment to Real Estate Appraiser $2,900.00. | 2500-000 | | 2,900.00 | 482,345.10 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 741.54 | 481,603.56 |
| 12/11/16 | 11011 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 10/31/2016 FOR CASE #11-30151, BOND #016027937 BLANKET BOND PREMIUM REGION 2 | 2300-000 | | 178.52 | 481,425.04 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 690.69 | 480,734.35 |
| 01/19/17 | {15} | The Wright Law Firm LLC | Proceeds from Settlement vs Select Properties et al | 1241-000 | 90,000.00 | | 570,734.35 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 784.90 | 569,949.45 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 765.13 | 569,184.32 |
| 03/22/17 | 11012 | Pullman & Comley, LLC | Per Court Order Dated 2-17-17 Payment of Mediation Fee in Adv Pro 12-03077 | 3721-000 | | 4,000.00 | 565,184.32 |

Subtotals :  $90,000.00  $23,552.67

{} Asset reference(s)

Printed: 05/14/2018 05:03 PM   V.13.32

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 11-30151-JJT | | | | **Trustee:** RONALD I. CHORCHES (270090) | | |
| **Case Name:** JULIAN, ANDREW JOHN | | | | **Bank Name:** Rabobank, N.A. | | |
| | | | | **Account:** ******8366 - Checking Account | | |
| **Taxpayer ID #:** **-***5629 | | | | **Blanket Bond:** $19,960,270.00  (per case limit) | | |
| **Period Ending:** 05/14/18 | | | | **Separate Bond:** N/A | | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 845.59 | 564,338.73 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 757.60 | 563,581.13 |
| 05/01/17 | {14} | HINCKLEY ALLEN & SNYDER LLP | Acct #1; Payment #34; FINAL PAYMENT RE COMPROMISE OF CLAIM WITH FIFTY SPOT | 1241-000 | 375,000.00 | | 938,581.13 |
| 05/08/17 | 11013 | IRVE GOLDMAN, ESQ. | FINAL PAYMENT OF MEDIATOR FEE IN ADVERSARY PRO. NO. 11-30151 | 3721-000 | | 787.90 | 937,793.23 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,430.47 | 936,362.76 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,346.82 | 935,015.94 |
| 07/13/17 | 11014 | UNITED STATES TREASURY | EIN: 37-6515629  2017 FORM 1041 | 2810-000 | | 18,761.00 | 916,254.94 |
| 07/13/17 | 11015 | UNITED STATES TREASURY | EIN: 37-6515629  2014 FORM 1041 | 2810-000 | | 7,707.00 | 908,547.94 |
| 07/13/17 | 11016 | UNITED STATES TREASURY | EIN: 37-6515629  2013 FORM 1041 | 2810-000 | | 12,720.00 | 895,827.94 |
| 07/13/17 | 11017 | COMMISSIONER REVENUE SERVICE | EIN: 37-6515629 2012 FORM CT-1041 | 2820-000 | | 2,171.00 | 893,656.94 |
| 07/13/17 | 11018 | COMMISSIONER REVENUE SERVICE | EIN: 37-6515629 2013 FORM CT-1041 | 2820-000 | | 10,245.00 | 883,411.94 |
| 07/13/17 | 11019 | COMMISSIONER REVENUE SERVICE | EIN: 37-6515629 2014 FORM CT-1041 | 2820-000 | | 7,975.00 | 875,436.94 |
| 07/13/17 | 11020 | COMMISSIONER REVENUE SERVICE | EIN: 37-6515629 2015 FORM CT-1041 | 2820-000 | | 1,194.00 | 874,242.94 |
| 07/13/17 | 11021 | COMMISSIONER REVENUE SERVICE | EIN: 37-6515629 2016 FORM CT-1041 | 2820-002 | | 50.00 | 874,192.94 |
| 07/13/17 | 11022 | COMMISSIONER REVENUE SERVICE | EIN: 37-6515629 2017 FORM CT-1041 | 2820-000 | | 11,915.00 | 862,277.94 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,283.75 | 860,994.19 |
| 08/18/17 | | GRAHMAM THOMPSON AND CO CLIENT | WIRE TRANSFER RETURN OF RETAIN | | | -968.12 | 861,962.31 |
| | | GRAHAM THOMPSON | RETURN OF RETAINER      -1,000.00 FROM GRAHAM THOMPSON | 3210-002 | | | 861,962.31 |
| | | | Foreign bank service fee      31.88 | 2990-000 | | | 861,962.31 |
| 10/10/17 | | State of Connecticut | Refund of overpayment for 2016 taxes | 2820-002 | | -50.00 | 862,012.31 |
| 01/22/18 | 11023 | RONALD I. CHORCHES | Dividend paid 100.00% on $488.03, Trustee Expenses;  Reference: | 2200-000 | | 488.03 | 861,524.28 |
| 01/22/18 | 11024 | RONALD I. CHORCHES | Dividend paid 100.00% on $52,594.90, Trustee Compensation;  Reference: | 2100-000 | | 52,594.90 | 808,929.38 |
| 01/22/18 | 11025 | United States Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 808,279.38 |
| 01/22/18 | 11026 | CLERK | Dividend paid 100.00% on $586.00, Clerk of | 2700-000 | | 586.00 | 807,693.38 |

Subtotals :          $375,000.00          $132,490.94

{} Asset reference(s)                                                                                          Printed: 05/14/2018 05:03 PM   V.13.32

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-30151-JJT |
| **Case Name:** | JULIAN, ANDREW JOHN |
| | |
| **Taxpayer ID #:** | **-***5629 |
| **Period Ending:** | 05/14/18 |

| | |
|---|---|
| **Trustee:** | RONALD I. CHORCHES (270090) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8366 - Checking Account |
| **Blanket Bond:** | $19,960,270.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | the Court Costs (includes adversary and other filing fees);  Reference: | | | | |
| 01/22/18 | 11027 | BLUM, SHAPIRO & COMPANY, P.C. | Dividend paid 100.00% on $18,000.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 18,000.00 | 789,693.38 |
| 01/22/18 | 11028 | THE LAW OFFICES OF RONALD I. CHORCHES | Dividend paid 100.00% on $193,139.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 193,139.50 | 596,553.88 |
| 01/22/18 | 11029 | THE LAW OFFICES OF RONALD I. CHORCHES | Dividend paid 100.00% on $3,292.60, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 3,292.60 | 593,261.28 |
| 01/22/18 | 11030 | Cherry Hill Construction | Dividend paid   4.58% on $20,000.00; Claim# 2; Filed: $20,000.00; Reference: | 7100-000 | | 916.14 | 592,345.14 |
| 01/22/18 | 11031 | KeyBank,N.A. | Dividend paid   4.58% on $20,634.50; Claim# 3 -2; Filed: $20,634.50; Reference: | 7100-000 | | 945.19 | 591,399.95 |
| 01/22/18 | 11032 | Shaw's New London, LLC | Dividend paid   4.58% on $12,745,318.49; Claim# 4 -3; Filed: $12,745,318.49; Reference: | 7100-000 | | 583,816.91 | 7,583.04 |
| 01/22/18 | 11033 | Andrew Julian and Jason Julian | Dividend paid   4.58% on $165,545.45; Claim# 7; Filed: $165,545.45; Reference: | 7100-000 | | 7,583.04 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 986,215.50 | 986,215.50 | $0.00 |
| Less: Bank Transfers | 44,187.75 | 0.00 | |
| **Subtotal** | 942,027.75 | 986,215.50 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$942,027.75** | **$986,215.50** | |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-30151-JJT | |
| Case Name: | JULIAN, ANDREW JOHN | |
| | | |
| Taxpayer ID #: | **-***5629 | |
| Period Ending: | 05/14/18 | |

| | |
|---|---|
| Trustee: | RONALD I. CHORCHES (270090) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******8367 - Checking Account |
| Blanket Bond: | $19,960,270.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-******62-65 | 44,870.18 | 682.43 | 0.00 |
| Checking # ****-******62-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******8366 | 942,027.75 | 986,215.50 | 0.00 |
| Checking # ******8367 | 0.00 | 0.00 | 0.00 |
| | $986,897.93 | $986,897.93 | $0.00 |

{} Asset reference(s)